NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROPPANT EXPRESS INVESTMENTS LLC, PROPPANT EXPRESS SOLUTIONS LLC,**

*Appellants*

**v.**

**OREN TECHNOLOGIES, LLC,**

*Appellee*

---

2022-1837

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01918.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                PROPPANT EXPRESS INVESTMENTS LLC V. OREN
                                    TECHNOLOGIES, LLC

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

June 7, 2022
    Date                            /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** June 7, 2022